```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 07 B 23615
    DEBRA K SULLIVAN
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

        Debtor
    SSN XXX-XX-0833
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 12/17/07 .

    2.   The case was converted to Chapter 7 without confirmation, 02/05/2008.

    3.   The Debtor paid a total of $   1475.00 .

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ASC MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| ASC MORTGAGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | SECURED | .00 | .00 | .00 |
| ARROW FINANCIAL SERVICES | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| FOUNDERS BANK | UNSECURED | NOT FILED | .00 | .00 |
| LAKE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| ADVOCATE GOOD SHEPARD NO | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| BEST BUY | UNSECURED | NOT FILED | .00 | .00 |
| BEST BUY | UNSECURED | NOT FILED | .00 | .00 |
| BRINKS HOME SECURITY | UNSECURED | NOT FILED | .00 | .00 |
| CANTON TIRE SERVICE INC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CARDMEMBER SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CITICARDS PRIVATE LABEL | UNSECURED | NOT FILED | .00 | .00 |
| DIANNE GERARD | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| FAHEY MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| WFNNB/HARLEM FURNITURE | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEMS INC | UNSECURED | NOT FILED | .00 | .00 |
| ICS INC | UNSECURED | NOT FILED | .00 | .00 |
| IL BONE & JOINT INSTITUT | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | NOT FILED | .00 | .00 |
| MBNA AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| MCSC | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST DIAGNOSTIC PATHO | UNSECURED | NOT FILED | .00 | .00 |

```
NORTH SHORE FERTILITY        UNSECURED        NOT FILED              .00          .00
NORTHWEST COMMUNITY HOSP UNSECURED            NOT FILED              .00          .00
PATHOLOGY CONSULTANTS        UNSECURED        NOT FILED              .00          .00
PEDIATRIC CRITICAL CARE      UNSECURED        NOT FILED              .00          .00
PELLETTIERI & ASSOC          UNSECURED        NOT FILED              .00          .00
QUEST DIAGNOSTICS            UNSECURED        NOT FILED              .00          .00
RUSH COPLEY                  UNSECURED        NOT FILED              .00          .00
STEVEN RESIS MD              UNSECURED        NOT FILED              .00          .00
SUBURBAN NEUROLOGISTS        UNSECURED        NOT FILED              .00          .00
TARGET                       UNSECURED        NOT FILED              .00          .00
TRI COUNTY EMERGENCY PHY UNSECURED            NOT FILED              .00          .00
UNIVERSITY ANESTHESIOLOG UNSECURED            NOT FILED              .00          .00
VIACORD                      UNSECURED        NOT FILED              .00          .00
WASHINGTON MUTUAL CARD S UNSECURED            NOT FILED              .00          .00
WELLINGTON RADILOGY GROU UNSECURED            NOT FILED              .00          .00
```

Summary of disbursements:

```
                         SECURED       PRIORITY     UNSECURED        OTHER          TOTAL
TOTAL CLMS ALLOWED          .00            .00           .00            .00           .00
PRINCIPAL PAID              .00            .00           .00            .00           .00
INTEREST PAID               .00            .00           .00            .00           .00
TOTAL PAID                  .00            .00           .00            .00           .00
```

The Debtor's attorney, JOHN H REDFIELD              , was allowed $      .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $   1475.00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 05/20/08                    /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE

```
                              PAGE  3
CASE NO. 07 B 23615 DEBRA K SULLIVAN
```